Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated, | Case No. 2:21-cv-6453-SB-MRW |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| ABSTRACT CAPITAL INC, and DOES 1 through 10, inclusive, and each of them, | |
| Defendant. | |

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 23rd Day of November, 2021.

By: s/Todd M. Friedman Esq.
Todd M. Friedman
Attorney For Plaintiff

# CERTIFICATE OF SERVICE

Filed electronically on this 23rd day of November 2021 with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 23rd of November, 2021, via the ECF system to:

Honorable Stanley Blumenfeld, Jr
United States District Court
Central District of California

And mailed to:

Abstract Capital Inc.
c/o, Legalinc Corporate Service
1967 Wehrle Dr. Suite 1 #086
Buffalo, NY 14221

This 23rd of November, 2021

By: s/Todd M. Friedman
      Todd M. Friedman